UTILITY ELECTRIC COMPANY, INC., Appellant, v. FRANK WILSON, Individually and as President of Local Union No. 3 of the International Brotherhood of Electrical Workers and Others, Respondents.— Order, as resettled, denying plaintiff's motion

for an order adjudging defendants in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.